DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

TAVARIS McKINNIE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2913

————————————————

February 4, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Tavaris McKinnie, pro se.

PER CURIAM.

    Affirmed.

VILLANTI, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.